Ray L. Wong, Esq. (SBN 84193)
William J. Kennedy, Esq. (SBN 275178)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
E-mail: rlwong@duanemorris.com
         wjkennedy@duanemorris.com

Attorneys for Defendant
WENDY'S INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, <br><br> Plaintiff, <br><br> v. <br><br> WENDY'S INTERNATIONAL, INC., dba WENDY'S #1562242 <br><br> Defendant. | Case No.: 2:12-CV-02148-JAM-KJN <br><br> **ORDER EXTENDING TIME FOR DEFENDANT WENDY'S INTERNATIONAL, INC. TO RESPOND TO COMPLAINT** <br><br> Complaint Filed: August 17, 2012 <br><br> **COMPLAINT SERVED:** <br> September 14, 2012 <br><br> **CURRENT RESPONSE DATE:** <br> November 2, 2012 <br><br> **NEW RESPONSE DATE:** <br> November 30, 2012 |

1  Upon consideration of the Joint Stipulation submitted by Defendants Wendy's International
2  Inc. dba Wendy's #1562242 ("Defendant") and Plaintiff Robert Dodson ("Plaintiff") to extend the
3  time for Defendant to respond to the Complaint.
4  IT IS HEREBY ORDERED that Defendant shall have until November 30, 2012 to respond
5  to Plaintiff's Complaint.

7  IT IS SO ORDERED.

9  Dated:      10/30/2012             /s/ John A. Mendez
              The Honorable John A. Mendez