1  Ray L. Wong, Esq. (SBN 84193)
   William J. Kennedy, Esq. (SBN 275178)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
4  E-mail:  rlwong@duanemorris.com
            wjkennedy@duanemorris.com
5
   Attorneys for Defendant
6  WENDY'S INTERNATIONAL, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ROBERT DODSON,                          Case No.: 2:12-CV-02148-JAM-KJN

12              Plaintiff,                 **ORDER EXTENDING TIME FOR DEFENDANT WENDY'S**
                                           **INTERNATIONAL, INC. TO**
13     v.                                  **RESPOND TO COMPLAINT**

14 WENDY'S INTERNATIONAL, INC., dba        Complaint Filed: August 17, 2012
   WENDY'S #1562242
15                                         **COMPLAINT SERVED:**
                Defendant.                 September 14, 2012
16
                                           **CURRENT RESPONSE DATE:**
17                                         November 2, 2012

18                                         **NEW RESPONSE DATE:**
                                           November 30, 2012
19

20

21

22

23

24

25

26

27

28

DM1\3584158.1                    1
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT

Upon consideration of the Joint Stipulation submitted by Defendants Wendy's International Inc. dba Wendy's #1562242 ("Defendant") and Plaintiff Robert Dodson ("Plaintiff") to extend the time for Defendant to respond to the Complaint.

IT IS HEREBY ORDERED that Defendant shall have until November 30, 2012 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  10/30/2012          /s/ John A. Mendez
                            The Honorable John A. Mendez