LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

RAY L. WONG, SBN 84193
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  (415) 957-3000
Facsimile:  (415) 957-3001
Email:  rlwong@duanemorris.com

Attorney for Defendant

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

    Plaintiff,

    vs.

WENDY'S INTERNATIONAL, INC.
dba WENDY'S #1562242,

    Defendant.
_____/

Case No.  2:12-cv-02148-JAM-KJN

**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON**

Joint Stipulation for Dismissal

Dodson v. Wendy's International, Inc., et al.
Case No. 2:12-cv-02148-JAM-KJN

Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, WENDY'S INTERNATIONAL, INC. dba WENDY'S #1562242, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).  All parties to bear their own respective costs and attorneys' fees.

Dated:  July 17, 2013                    DISABLED ADVOCACY GROUP, APLC


                                          */s/  Lynn Hubbard                 /*
                                          LYNN HUBBARD III
                                          Attorney for Plaintiff

Dated:  July 17, 2013                    DUANE MORRIS LLP


                                          */s/  Ray L. Wong                 /*
                                          RAY L. WONG
                                          Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:12-cv-02148-JAM-KJN, is dismissed with prejudice in its entirety.


Dated: July 18, 2013

                                          /s/ John A. Mendez_____

                                          United States District Court Judge